McDermott Will & Emery LLP
Darren Azman
340 Madison Avenue
New York, NY 10173-1922
Telephone: (212) 547-5615
Email: dazman@mwe.com

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

In re

Cred Inc.

Debtor(s).

Case No. 20-03134
Chapter 11

APPLICATION FOR ADMISSION OF ATTORNEY
*PRO HAC VICE*

Pursuant to B.L.R. 1001-2(a) and Civil L.R. 11-3, ___Darren Azman___, an active member in good standing of the bar of ___New York___, hereby applies for admission to practice in the Northern District of California on a *pro hac vice* basis representing the Official Committee of Unsecured Creditors of Cred Inc. (f/k/a Cred LLC), Cred Capital, Inc., and Cred (US) LLC in the above-entitled action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Local Rule 11-4, and agree to become familiar with the Local Rules and the Bankruptcy Dispute Resolution Program of this Court; and,

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:

   Jason D. Strabo
   ─────────────────────────────────────────────
   2049 Century Park East, Suite 3200, Los Angeles, CA 90067-3206
   ─────────────────────────────────────────────
   Telephone: (310) 788-4125
   ─────────────────────────────────────────────.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 2/26/2021                    /s/ Darren Azman



## Appellate Division of the Supreme Court of the State of New York First Judicial Department

I, Susanna M. Rojas, Clerk of the Appellate Division of the Supreme Court of the State of New York, First Judicial Department, do hereby certify that

## Darren Todd Azman

was duly licensed and admitted to practice as an Attorney and Counselor at Law in all the courts of this State on **April 11, 2011**, has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counselors at Law on file in this office, is duly registered with the Administration Office of the Courts, and according to the records of this Court is currently in good standing as an Attorney and Counselor-at-Law.



*In Witness Whereof, I have hereunto set my hand in the City of New York on February 26, 2021.*

*Clerk of the Court*

CertID-00002761



# Supreme Court of the State of New York
## Appellate Division, First Department

ROLANDO T. ACOSTA
PRESIDING JUSTICE

SUSANNA MOLINA ROJAS
CLERK OF THE COURT

MARGARET SOWAH
DEPUTY CLERK OF THE COURT

To Whom It May Concern

An attorney admitted to practice by this Court may request a certificate of good standing, which is the only official document this Court issues certifying to an attorney's admission and good standing.

An attorney's registration status, date of admission and disciplinary history may be viewed through the attorney search feature on the website of the Unified Court System.

New York State does not register attorneys as active or inactive.

An attorney may request a disciplinary history letter from the Attorney Grievance Committee of the First Judicial Department.

Bar examination history is available from the New York State Board of Law Examiners.

Instructions, forms and links are available on this Court's website.

Susanna Rojas
Clerk of the Court

Revised October 2020