PAUL HASTINGS LLP
JAMES T. GROGAN
jamesgrogan@paulhastings.com
600 Travis Street, 58th Floor
Houston, TX 77002
Telephone: 713-860-7300

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

In re

Cred Inc.

Debtor(s).

Case No. 20-03134
Chapter 11

APPLICATION FOR ADMISSION OF ATTORNEY
*PRO HAC VICE*

Pursuant to B.L.R. 1001-2(a) and Civil L.R. 11-3, __James T. Grogan__, an active member in good standing of the bar of __Texas__, hereby applies for admission to practice in the Northern District of California on a *pro hac vice* basis representing __Cred Inc. (f/k/a Cred LLC), Cred Capital, Inc., and Cred (US) LLC__ in the above-entitled action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Local Rule 11-4, and agree to become familiar with the Local Rules and the Bankruptcy Dispute Resolution Program of this Court; and,

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:
   Todd Schwartz
   1117 S. California Avenue, Palo Alto, CA 94304
   Telephone: 1(650) 320-1800.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 3/23/2021                                  /s/ James T. Grogan

# STATE BAR OF TEXAS



*Office of the Chief Disciplinary Counsel*

February 25, 2021

Re: Mr. James Tillman Grogan III, State Bar Number 24027354

To Whom It May Concern:

This is to certify that Mr. James Tillman Grogan III was licensed to practice law in Texas on November 01, 2000, and is an active member in good standing with the State Bar of Texas. "Good standing" means that the attorney is current on payment of Bar dues; has met Minimum Continuing Legal Education requirements; and is not presently under either administrative or disciplinary suspension from the practice of law.

This certification expires 30 days from the date, unless sooner revoked or rendered invalid by operation of rule or law.

Sincerely,

Seana Willing
Chief Disciplinary Counsel
SW/web

| | |
|---|---|
| 1 | PAUL HASTINGS LLP |
| | TODD SCHWARTZ (SB# 288895) |
| 2 | toddschwartz@paulhastings.com |
| | 1117 S. California Avenue |
| 3 | Palo Alto, CA 94304-1106 |
| | Telephone: 1(650) 320-1800 |
| 4 | Facsimile: 1(650) 320-1900 |
| 5 | D. SCOTT CARLTON (SB# 239151) |
| | scottcarlton@paulhastings.com |
| 6 | 515 South Flower Street |
| | Twenty-Fifth Floor |
| 7 | Los Angeles, CA 90071-2228 |
| | Telephone: 1(213) 683-6000 |
| 8 | Facsimile: 1(213) 627-0705 |
| 9 | Attorneys for Cred Inc. (f/k/a Cred LLC), |
| | Cred Capital, Inc., and Cred (US) LLC |

UNITED STATES BANKRUPTCY COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>Cred Inc.<br><br>Debtor | Bankruptcy Case No.: 20-12836-JTD (Bankr. D. Del.)<br>Chapter 11<br><br>Adv. Proceeding No.: 20−03134<br><br>**CERTIFICATE OF SERVICE** |
| CRED INC. (F/K/A CRED LLC), CRED CAPITAL, INC., and CRED (US) LLC,<br><br>Plaintiffs,<br><br>vs.<br><br>JAMES ALEXANDER,<br><br>Defendant. | |

# **CERTIFICATE OF SERVICE**

I, Jocelyn C. Kuo, declare:

I am employed in the City of New York, County of New York, State of New York. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 200 Park Avenue, New York, New York 10166. On March 23, 2021, I served a copy of the within document(s):

- **APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**

On the following individual(s) by the following means of service**:**

Gary S. Lincenburg
Thomas V. Reichert
Christopher J. Lee
Bird, Marella, Boxer, Wolpert, Nessim,
Drooks, Lincenberg & Rhow, P.C.
1875 Century Park East, 23rd Floor
Los Angeles, California 90067-2561

### **VIA OVERNIGHT MAIL:**
☒ VIA UPS: By delivering such document(s) to an overnight mail service or an authorized courier in a sealed envelope or package designated by the express service courier addressed to the person(s) on whom it is to be served.

I declare under penalty of perjury under the laws of the United States that the above is true and correct.

Executed on March 23, 2021, at New York, New York.

By: /s/ Jocelyn C. Kuo
       Jocelyn C. Kuo